**Order entered December 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00785-CV

---

**ERIC A. SCZEPANIC, Appellant**

**V.**

**CITIMORTGAGE INC., Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08775-A**

---

## ORDER

We have granted appellant four extensions to file his brief, which was originally due August 29, 2014, in order to allow him an opportunity to settle the case. Our last order, entered November 17, 2014, directed him to file his brief or a motion to dismiss the appeal no later than November 20, 2014. To date, appellant has filed neither. Accordingly, on our own motion, we **ORDER** appellant to file, no later than December 15, 2014, either (1) his brief along with an extension motion reasonably explaining why the brief was not timely filed, or (2) a motion to dismiss the appeal. Failure to file either may result in dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/      CRAIG STODDART
           JUSTICE